| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | FENNEMORE CRAIG, P.C.<br>Shannon S. Pierce, Esq., NV Bar No. 12471<br>Holly E. Walker, Esq., NV Bar No. 14295<br>300 E. Second Street, Suite 1510<br>Reno, Nevada 89501<br>Telephone: (775) 788-2260<br>Facsimile: (775) 786-1177<br>Email: spierce@fclaw.com<br>hwalker@fclaw.com<br>*Attorneys for Defendant*<br>Caesars Entertainment Corporation |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENT BECKER,<br><br>Plaintiff,<br><br>*vs.*<br><br>CAESARS ENTERTAINMENT, CULINARY UNION LOCAL 226, DOES I-X, inclusive and ROE CORP., XI-XX, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-01043-RFB-DJA<br><br>**JOINT REQUEST TO CONTINUE DEADLINE TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |

Defendants Caesars Entertainment Corporation (by and through its counsel of record) and Culinary Union Local 226 (by and through its counsel of record) (collectively, "Defendants") respectfully request that the Court continue the deadline for the parties to submit a proposed Discovery Plan and Scheduling Order ("DPSO"). This deadline is currently scheduled for December 2, 2019. Plaintiff does not oppose this motion.

Good cause exists for the requested continuance. Counsel for each of the Defendants has attempted, on multiple occasions, to contact Plaintiff Brent Becker to conduct a Rule 26(f) conference and prepare a draft DPSO. Plaintiff returned the call from counsel for the Culinary Union Local 226 today, but the parties will need additional time to coordinate and discuss the DPSO. Specifically, Plaintiff stated that he will need to discuss with his lawyer.

In order to allow the parties additional time to complete the required tasks noted above, Defendants respectfully request that the deadline by which the parties must submit a proposed

15376164.2/037641.0061

DPSO be continued by two weeks, until **December 16, 2019**.

Respectfully submitted this 2nd day of December, 2019.

**FENNEMORE CRAIG, P.C.**


By  */s/ Shannon S. Pierce*
Shannon S. Pierce, Esq., NV Bar No. 12471
Holly E. Walker, Esq., NV Bar No. 14295
300 E. Second Street, Suite 1510
Reno, Nevada  89501
*Attorneys for Defendant*
Caesars Entertainment Corporation

**McCRACKEN, STEMERMAN & HOLSBERRY**


By  */s/ Kimberley C. Weber*
Kimberley C. Weber, Esq., NV Bar No.
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
*Attorneys for Defendant*
Culinary Union Local 226

## **ORDER**

**IT IS SO ORDERED.**

**DATED this 3rd day of December, 2019.**

_____
Daniel J. Albregts
United States Magistrate Judge

15376164.2/037641.0061

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **DEFENDANTS' JOINT REQUEST TO CONTINUE DEADLINE TO SUBMIT PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** was made on the following counsel of record and/or parties via the Court's electronic filing system or via U.S. Mail, addressed as follows:

Kimberley C. Weber, Esq.
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street, Suite A-1
Las Vegas, NV 89102
*Attorneys for Culinary Workers Local 226*

Brent Becker
2252 McCoig Ave.
Las Vegas, NV 89117
*Plaintiff in Proper Person*

DATED this 2nd day of December, 2019.

    */s/ Debbie Sorensen*
An Employee of **Fennemore Craig, P.C.**

15376164.2/037641.0061