TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 386-9825
Email: *thatfield@hatfieldlawassociates.com*
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENT BECKER,<br><br>              Plaintiff,<br><br>vs.<br><br>CAESARS ENTERTAINMENT, CULINARY UNION LOCAL 226, DOES I-X, inclusive and ROE CORP XI-XX, inclusive,<br><br>              Defendants. | CASE NO: 2:19-cv-01043-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>(First Request) |

COMES NOW, Plaintiff Brent Becker ("Plaintiff"), and Defendant Caesars Entertainment ("Defendant Caesars") and Defendant Culinary Union Local 226 ("Defendant Union") by and through their respective Counsel, hereby stipulate and agree to extend the time for Plaintiff to Reply to Defendant Caesars and Defendant Union's respective Oppositions to Plaintiff's Motion for Leave to File Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a) and LR 11 15-1 (ECF #40).

Accordingly, Plaintiff shall have up to and including April 20, 2020, to reply to Defendant Caesars' Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF #42) and Defendant Union's Opposition to Plaintiff's Motion for Leave to File Amended Complaint (ECF #43).

This extension is requested due to Plaintiff's counsel having a need for additional time and Defendants have courteously granted this extension of time to file Plaintiff's replies.

DATED:  April 15, 2020

HATFIELD & ASSOCIATES, LTD.

   /s/ Trevor J. Hatfield
By: _____
Trevor J. Hatfield, Esq. (SBN #7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*
*Attorney for Plaintiff*

DATED:  April 15, 2020

FENNEMORE CRAIG, P.C.

   /s/ Shannon S. Pierce
By: _____
Shannon S. Pierce, Esq. (SBN #12471)
Wade Beavers, Esq. (SBN #13451)
300 E. Second Street, Suite 1510
Reno, Nevada 89501
(775) 788-2200 Tel.
(775) 786-1177
spierce@fclaw.com; wbeavers@fclaw.com
*Attorneys for Defendant Caesars Entertainment Corporation*

DATED:  April 15, 2020

McCRACKEN, STEMERMAN & HOLSBERRY

   /s/Kimberley C. Weber
By: _____
Sarah Grossman-Swenson, Esq.  (SBN #11979)
Kimberley C. Weber, Esq. (SBN #14434)
1630 S. Commerce Street, Suite A-1
Las Vegas, Nevada 89102
(702) 386-5107 Tel.
(702) 386-9848 Fax
sgs@msh.law; kweber@msh.law
*Attorneys for Culinary Workers Local 226*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _April 17, 2020_____
Case No. 2:19-cv-01043-RFB-DJA

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of April, 2020, I filed and served the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (First Request)** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: April 16, 2020

By: /s/ *Freda P. Brazier*
An employee of Hatfield & Associates, Ltd.