# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| BRENT BECKER, | Case No. 2:19-cv-01043-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| CAESARS ENTERTAINMENT, CULINTARY UNION LOCAL 226, | |
| Defendant. | |

Presently before the Court is Plaintiff Counsel's Motion to Withdraw (ECF No. 56) and Motion to Stay the Case (ECF No. 57), filed on June 23, 2020.

Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Trevor Hatfield indicates that he has a purely impersonal conflict regarding strategy of the case with Plaintiff necessitating the withdrawal. The Court will require that Plaintiff Brent Becker to advise the Court if he will retain new counsel or proceed pro se by July 16, 2020. Filing a notice of new counsel or intent to proceed pro se on or before July 16, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued, including dismissal of this action.

Along with Plaintiff Counsel's request to withdraw, he improperly includes a request to extend deadlines or stay the case for a reasonable time or 60 days for Plaintiff to obtain new counsel. He does not indicate that he has discussed this request with Plaintiff. Further, he acknowledges that such a request violates LR IA 11-6(d)-(e), which expressly prohibits

withdrawal of counsel to be the sole reason for delay of discovery and also warns that no withdrawal will be approved if it would result in the delay of discovery.  Therefore, the Court denies the improper request for a stay.

**IT IS THEREFORE ORDERED** that Plaintiff Counsel's Motion to Withdraw (ECF No. 56) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Brent Becker shall have until **July 16, 2020** to advise the Court if he will retain new counsel or proceed pro se.  Failure to notify the Court as to his new representation may subject him to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff Brent Becker to the civil docket and send a copy of this Order to Plaintiff's last known address:

Brent Becker

2252 McCoig Avenue

Las Vegas, NV 89119

Brentbecker10@yahoo.com

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Stay the Case (ECF No. 57) is **denied**.

DATED: June 25, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE